IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Charles B. Keffer,               :
           Petitioners       :
                              :
       v.                         :    No. 1110 C.D. 2022
                              :
Colfax Corporation and Phoenix,   :
Insurance Company (Workers'     :
Compensation Appeal Board)      :
           Respondent      :

# **O R D E R**

AND NOW, this day 6th of November 2023, **IT IS HEREBY ORDERED** that the above-captioned opinion filed August 11, 2023, shall be designated **OPINION** rather than **MEMORANDUM OPINION** and it shall be reported.

_____
ELLEN CEISLER, Judge